IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 25-cv-15156 |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff"), by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

    Deckers Outdoor Corporation
    250 Coromar Drive
    Goleta, CA 93117

    The Partnerships and Unincorporated Associations Identified on Schedule "A"
    Addresses Unknown

2. U.S. Registration Numbers Upon Which Suit Has Been Brought:

| Registration Number | Trademark |
|---|---|
| 3,050,925
3,360,442
3,061,278 | UGG |
| 4,503,041
5,597,193 | HOKA |
| 4,383,181
4,918,445
4,918,447 | HOKA ONE ONE |
| 5,100,477 | TIME TO FLY |
| 7,544,904 | TASMAN |
| 7,544,905 | TAZZ |
| 3,624,595
3,636,029 | ✹ |
| 4,234,396 | UGG (logo) |
| 4,675,489 | (sunburst logo) |
| 4,969,634 | (HOKA swoosh logo) |
| 5,147,817 | HOKA (logo) |
| 4,918,448
4,383,182
4,918,446 | HOKA ONE ONE (logo) |
| 6,201,013
1,394,947
2,301,460
2,377,458
2,699,476 | TEVA |

| | |
|---|---|
| 2,321,025 | (Teva logo) |
| 2,072,410 | (Hand logo) |

Dated this 12th day of December 2025.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
tjjuettner@gbc.law

*Attorneys for Plaintiff Deckers Outdoor Corp.*